# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> Vasquez-Villalobos et al; ) <br> Defendant(s) ) | 08 CR 1222-WQH <br><br> CRIMINAL NO. 08 MJ 1051 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Emmanuel Perez-Luna**

DATED: 4/17/08

_____
Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
        Deputy Clerk